RECEIVED

SEP 1 3 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DESTIN RAY MARKS and MILLIE KAY BOUGET, Individually and on behalf of others similarly situated | CIVIL ACTION NO. 6:16-cv-00360 |
| VERSUS | HONORABLE JUDGE REBECCA F. DOHERTY |
| ANDRIES AND ASSOCIATES, L.L.C. d/b/a EVANGELINE HOME CENTER, ET AL | MAGISTRATE JUDGE PATRICK J. HANNA |

ORDER

Considering the foregoing Joint Motion,

IT IS ORDERED, ADJUDGED AND DECREED that the claims filed against ANDRIES AND ASSOCIATES, L.L.C. d/b/a EVANGELINE HOME CENTER and other manufactured home retail stores be dismissed without prejudice.

Lafayette Louisiana, on this 13th day of September, 2016.

HON. JUDGE REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE